# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                                                Case No.: 1:20–cr–00551
                                                                                Honorable Matthew F. Kennelly

Robert Czernek, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 29, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Robert Czernek, Debra Fazio, Mario Giannini: Telephonic status hearing held on 4/29/2021 and continued to 5/27/2021 at 8:40 a.m. The following call in number will be used for the hearing: 888–684–8852, access code 746–1053. Defendants' appearances are waived for the hearing. Ordered time excluded through 5/27/2021 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.