**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:20−cr−00551
Honorable Matthew F. Kennelly
Robert Czernek, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 8, 2021:

MINUTE entry before the Honorable Matthew F. Kennelly as to Robert Czernek, Debra Fazio, Mario Giannini: Telephonic status hearing held on 7/8/2021. The parties reported on the status of discovery. A telephonic status hearing 9/14/2021 at 9:00 a.m. The following call in number will be used for the hearing: 888−684−8852, access code 746−1053. Ordered time excluded through 9/14/2021 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.