IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | The Honorable |
| | ) | Matthew F. Kennelly |
| DEBRA FAZIO and MARIO GIANNINI | ) | |
| | ) | |
| | ) | No. 20 CR 551 |

**DEFENDANTS DEBRA FAZIO AND MARIO GIANNINI'S UNOPPOSED MOTION TO CONTINUE THE TRIAL DATE**

Defendants, Debra Fazio and Mario Giannini, by attorneys, HEATHER L. WINSLOW and Susan Pavlow, move this Court to continue the February 7, 2021, trial date. In further support, the defendants state the following:

Both defendants are charged with multiple counts of fraud relating to the operation of their business, Bulldog Earth Movers. In preparation for this trial, Ms. Fazio has undertaken a detailed review of years of financial and operational records. Ms. Fazio is extremely well organized and has maintained detailed business records. Nonetheless, Ms. Fazio's review has been interrupted by the death of her mother, exposure to COVID, and two knee surgeries. Ms. Fazio has not fully completed her review of records.

Ms. Fazio's record review is essential to the defense, and counsel for both defendants are relying on certain results from the review.

In addition to the above, counsel for Mr. Giannini has a trial conflict. Ms. Pavlow represents one of three defendants in *United States v. Williams*, 19 CR 932. All three defendants

1

are in custody. On December 1, 2021, Judge Alonso moved the trial date to January 24, 2022. The trial will last at least two weeks. As currently scheduled, counsel's earlier trial is likely to overlap with our February trial date. In addition, counsel will have no time between trials to adequately prepare to present this case to the jury.

Based on continued investigation and trial counsel's scheduling conflict, the defendants now move this Court to continue the trial date to a mutually convenient date in the future.

AUSA Christopher Parente has no objection to moving the trial date.

WHEREFORE, for all the reasons stated herein, the defendants move this Court to grant the instant motion.

                                      Respectfully submitted,

                                      s/Heather L. Winlsow
                                      Heather L. Winslow
                                      Attorney for Debra Fazio

HEATHER L. WINSLOW
Attorney at Law
53 West Jackson Blvd., Suite 831
Chicago, IL 60604
(312) 721-4212